IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12CV028-RJC-DSC

| | |
|---|---|
| BROWNS CANYON CORPORATION, et. al., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RESTAURANT MANAGEMENT ) <br> RECRUITERS, LLC, et. al., ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Roberta Jacobs-Meadway and Candace Lynn Bell]" (documents ##8 and 9) filed February 6, 2012. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: February 6, 2012

David S. Cayer
United States Magistrate Judge