IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12CV028-RJC-DSC

| | |
|---|---|
| BROWNS CANYON CORPORATION, et. al., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>RESTAURANT MANAGEMENT )<br>RECRUITERS, LLC, et. al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Roberta Jacobs-Meadway and Candace Lynn Bell]" (documents ##8 and 9) filed February 6, 2012. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: February 6, 2012

David S. Cayer
United States Magistrate Judge